**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**THERESA PRYOR**                                                                  **PLAINTIFF**

**v.**                             **Civil No. 09-5131**

**JOHN DENTON;
MATTHEW MYERS;
and PMERILOPN.COM**                                         **DEFENDANT**

**O R D E R**

Now on this 21st day of August, 200, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #3, filed July 9, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **plaintiff's request to proceed *in forma pauperis* is hereby denied and this case is dismissed without prejudice. IT IS SO ORDERED.**

                                                      **/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**